Peter G. Bertling [S.B. #131602]
Jemma Parker Saunders [S.B. #227962]
Bertling Law Group, Inc.
15 West Carrillo Street, Suite 104
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
Emails:   peter@bertlinglawgroup.com
          jemma@bertlinglawgroup.com

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.; TAYLOR FITHIAN, M.D.; LANI ANTONIO, P.A.; VERONICA BERGHORST, R.N.; JESSAMAE TRINIDAD, R.N.; GRASHIKA DEVENDRA, Psychiatric R.N. ; TABITHA KING, L.V.N.; AMARDEEP TAWANA, L.V.N.; JUDITH ALEJANDRE, L.V.N.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY LAPACHET,<br><br>            Plaintiff<br><br>v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., TAYLOR FITHIAN, M.D., LANI ANTONIO, P.A., VERONICA BERGHORST, R.N., VERONICA BERGHORST, R.N., JESSAMAE TRINIDAD, R.N., GRASHIKA DEVENDRA, Psychiatric R.N., TABITHA KING, L.V.N., AMARDEEP TAWANA, L.V.N., JUDITH ALEJANDRE, L.V.N., COUNTY OF STANISLAUS, a municipal corporation, Stanislaus County Sheriff ADAM CHRISTIANSON, and DOES 1 THROUGH 50, Jointly and Severally,<br><br>            Defendants. | Case No.: 1:17-cv-01226-DAD-EPG<br><br>**NOTICE OF CHANGE OF FIRM AND ATTORNEY CONTACT INFORMATION**<br><br><br><br><br>Action Filed: December 2, 2016<br>Judge: Hon. Dale A. Drozd<br>Ctrm:   5 – 7th Floor |

1:17-cv-01226-DAD-EPG
- 1 -
**NOTICE OF CHANGE OF FIRM AND
ATTORNEY CONTACT INFORMATION**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

**PLEASE TAKE NOTICE THAT** that as of January 1, 2018, the address and contact information for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC.; TAYLOR FITHIAN, M.D.; LANI ANTONIO, P.A.; VERONICA BERGHORST, R.N.; JESSAMAE TRINIDAD, R.N.; GRASHIKA DEVENDRA, Psychiatric R.N.; TABITHA KING, L.V.N.; AMARDEEP TAWANA, L.V.N.; AND JUDITH ALEJANDRE, L.V.N.'s counsel Peter G. Bertling and Jemma Parker Saunders has changed. All notices, pleadings, and materials relevant to this action should be directed to and served on counsel as follows:

> **Peter G. Bertling [S.B. #131602]**
> **Jemma Parker Saunders [S.B. #227962]**
> **Bertling Law Group, Inc.**
> **15 West Carrillo Street, Suite 104**
> **Santa Barbara, CA 93101**
> **Telephone: 805-879-7558**
> **Facsimile: 805-962-0722**
> **Emails:** peter@bertlinglawgroup.com
> jemma@bertlinglawgroup.com

Dated: December 29, 2017        Bertling Law Group, Inc.

*/s/ Peter G. Bertling*
Peter G. Bertling
Jemma Parker Saunders
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC., TAYLOR FITHIAN, M.D., LANI ANTONIO, P.A., VERONICA BERGHORST, R.N., JESSAMAE TRINIDAD, R.N., GRASHIKA DEVENDRA, Psychiatric R.N., TABITHA KING, L.V.N., AMARDEEP TAWANA, L.V.N., JUDITH ALEJANDRE, L.V.N.

Peter G. Bertling [S.B. #131602]
Jemma Parker Saunders [S.B. #227962]
Bertling Law Group, Inc.
15 West Carrillo Street, Suite 104
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-962-0722
Emails:   peter@bertlinglawgroup.com
          jemma@bertlinglawgroup.com

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC., TAYLOR FITHIAN, M.D., LANI ANTONIO, P.A., VERONICA BERGHORST, R.N.,JESSAMAE TRINIDAD, R.N., GRASHIKA DEVENDRA, Psychiatric R.N., TABITHA KING, L.V.N., AMARDEEP TAWANA, L.V.N., JUDITH ALEJANDRE, L.V.N.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| JEREMY LAPACHET,<br><br>                Plaintiff<br>v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., TAYLOR FITHIAN, M.D., LANI ANTONIO, P.A., VERONICA BERGHORST, R.N., VERONICA BERGHORST, R.N., JESSAMAE TRINIDAD, R.N., GRASHIKA DEVENDRA, Psychiatric R.N., TABITHA KING, L.V.N., AMARDEEP TAWANA, L.V.N., JUDITH ALEJANDRE, L.V.N., COUNTY OF STANISLAUS, a municipal corporation, Stanislaus County Sheriff ADAM CHRISTIANSON, and DOES 1 THROUGH 50, Jointly and Severally,<br><br>                Defendants. | Case No.: 1:17-cv-01226-DAD-EPG<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br><br><br>Action Filed: December 2, 2016<br>Judge: Hon. Dale A. Drozd<br>Ctrm:   5 – 7th Floor |
|---|---|

I am employed in the County of Santa Barbara, State of California.  I am over the
**1:17-cv-01226-DAD-EPG**

- 1 -
**CERTIFICATE OF SERVICE**

age of 18 years and not a party to the within action.  My business address is 15 West Carrillo Street, Suite 100, Santa Barbara, California 93101.  My e-mail address is cyndi@bertlinglawgroup.com.

On December 29, 2017, I served a true copy of the following document:

**NOTICE OF CHANGE OF FIRM AND ATTORNEY CONTACT INFORMATION**

<u>**Attorneys for Plaintiff**</u>:
Sanjay S. Schmidt, Esq.
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
415-563-8583 - Telephone
415-223-9717 - Facsimile
ss@sanjayschmidtlaw.com

Michael J. Haddad, Esq.
Julia Sherwin, Esq.
Maya Sorensen, Esq.
Teresa Allen, Esq.
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
510-452-5500 - Telephone
510-452-5510 - Facsimile
michael.julia@haddadsherwin.com
maya@haddadsherwin.com
teresa@haddadsherwin.com

<u>**Attorneys for COUNTY OF STANISLAUS, A MUNICIPAL CORPORATION, STANISLAUS COUNTY SHERIFF ADAM CHRISTIANSON**</u>:
Jesse Manuel Rivera, Esq.
Jonathan B. Paul, Esq.
Jill B. Nathan, Esq.
RIVERA & ASSOCIATES
1425 River Park Drive, Suite 250
Sacramento, CA 95815
916-922-1200 - Telephone
916-922-1303 - Facsimile
jesse@jmr-law.net
jonathan@jmr-law.net
jill@jmr-law.net

☒ BY ELECTRONIC SERVICE (via electronic filing service provider)

By electronically transmitting the document listed above to a Pacer CM/ECF File and Serve, at www.ecf.us.courts.gov pursuant to the Court's Order mandating electronic service. See Rules of Court, Rules 2.253, 2.255 and 2.260. The transmission was reported as complete and without error.

1:17-cv-01226-DAD-EPG
- 2 -
CERTIFICATE OF SERVICE

☒ FEDERAL

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on December 29, 2017, at Santa Barbara, California.

*Cyndi Sierra*