# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY LAPACHET,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 1:17-cv-01226-DAD-EPG<br><br>**ORDER GRANTING STIPULATED EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>(ECF No. 69) |

　　　Pursuant to the Stipulated Request for an Extension of Time to Respond to Amended Complaint (ECF No. 69), and good cause appearing, Defendants are GRANTED an extension of time, to July 31, 2018, to file a response to the First Amended Complaint (ECF No. 66).

IT IS SO ORDERED.

　　Dated: __**July 10, 2018**__　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1