UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY LAPACHET,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP INC., *et al.*,<br><br>　　　　　　Defendants. | No.: 1:17-cv-01226-DAD-EPG<br><br>**ORDER GRANTING STIPULATION PERMITING DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC. TO HAVE AN ADDITIONAL TWO WEEKS FROM DECEMBER 20, 2018 WITHIN WHICH TO AMEND THEIR PLEADING**<br><br>(ECF No. 78) |

　　　The Court, having fully considered the Parties' Stipulation (ECF No. 78), and good cause appearing, HEREBY ORDERS THAT the Parties shall be permitted to have an additional two weeks from December 20, 2018 within which to amend their pleadings.  The last day to amend the pleadings shall be **January 4, 2019**.

IT IS SO ORDERED.

　　Dated: __**December 21, 2018**__　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE