# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY LAPACHET,<br>           Plaintiff<br>v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., *et al.*,<br>           Defendants. | No.: 1:17-cv-01226-DAD-EPG<br><br>**ORDER PERMITING DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC. TO FILE AN AMENDED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Action Filed: December 2, 2016<br>Judge: Hon. Dale A. Drozd<br>Ctrm: 5 – 7th Floor |

The Court, having fully considered the Parties' Stipulation (ECF No. 80) and good cause appearing, HEREBY ORDERS THAT the CFMG Defendants shall be permitted to file an Amended Answer to plaintiff's First Amended Complaint. Said Amended Answer shall be filed by Defendants within five (5) days of the entry of this Order.

IT IS SO ORDERED.

Dated: __**January 2, 2019**__       _/s/ Dale A. Drozd_
                                                    UNITED STATES DISTRICT JUDGE