MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

SANJAY S. SCHMIDT (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Telephone:    (415) 563-8583
Facsimile:    (415) 223-9717

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY LAPACHET,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., TAYLOR FITHIAN, M.D., LANI ANTONIO, P.A., VERONICA BERGHORST, R.N., JESSAMAE TRINIDAD, R.N., GRASHIKA DEVENDRA, Psychiatric R.N., TABITHA KING, L.V.N., AMARDEEP TAWANA, L.V.N., JUDITH ALEJANDRE, L.V.N. COUNTY OF STANISLAUS, a municipal corporation, Stanislaus County Sheriff ADAM CHRISTIANSON, and DOES 1-50, Jointly and Severally,<br><br>　　　　Defendants. | Case No.  1:17-cv-01226-DAD-EPG<br><br>**STIPULATION AND ORDER RE: "FIRST LOOK" AGREEMENT RE: DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 45 SUBPOENA SEEKING PLAINTIFF'S MEDICAL RECORDS**<br><br>(ECF No. 82) |

The parties, by and through their respective attorneys of record, hereby stipulate to the following order being issued in this matter:

1. On December 6, 2018, Plaintiff's counsel received a Federal Rule of Civil Procedure 45 subpoena for the Production of Documents which counsel for Defendants served or will serve by Ronsin Litigation Support Services on the following entity:

   A. Custodian of Records: Department of Health Care Services/Medi-Cal seeking, regardless of date, "[a]ny and insurance records, documents, reports, claims, applications, enrollment records, policies, medical records, benefits, explanation of benefits, billings, denials and any other reocrds, including but not limited to any records/documents that may be stored digitally and/or electronically relating to Jeremy Lapachet, DOB 12/7/74, HAR: 56936955, Santa Clara Hosp. # 56837532."

2. The subpoena had a production date and time of January 2, 2019 at 9:00 a.m.

3. Plaintiff's counsel contend that the subpoenaed documents likely contain privileged information to which Defendants are not entitled (such as medical histories of unrelated conditions and/or injuries), and that the subpoenas as drafted are overbroad insofar as they seek discovery of information protected by Plaintiff's physician-patient privilege and privacy rights, and which is neither proportional to the needs of this case nor relevant to the claims and defenses in this matter. Counsel for defendants disputes plaintiff's contentions set forth in this paragraph.

4. Plaintiff's counsel and Defendants' counsel met and conferred by email on December 17, 2018 and again on January 2, 2019. The parties agree to the following "First-Look" Procedure:

   a. Counsel for Defendants shall instruct Ronsin Litigation Support Services to obtain the subpoenaed documents on January 9, 2019; however, instead of producing the documents to counsel for Defendants, Ronsin Litigation Support Services shall

1  instead produce the documents directly to Plaintiff's counsel's business address:

2  Haddad & Sherwin LLP, 505 17th Street, Oakland, CA 94612.

b.  Upon receipt of the subpoenaed documents from Ronsin Litigation Support

3  Services, Plaintiff's counsel will then have fifteen (15) business days to review the

4  documents to see if they contain any privileged information. If the documents do

5  contain such information, Plaintiff's counsel shall redact and/or withhold the pages

6  containing that information and Plaintiff's counsel shall create a privilege log

7  complying with Federal Rules of Civil Procedure 45(e)(2)(A)(i)–(ii) and

8  26(b)(5)(A)(i)–(ii).

c.  On or before the fifteenth (15th) business day after receiving the records from

10  Ronsin Litigation Support Services, Plaintiff's counsel shall serve the subpoenaed

11  documents by Federal Express Priority Overnight on Defendants' counsel; if

12  Plaintiff's counsel has redacted and/or withheld any information, they shall also

13  concurrently serve the privilege log described in ¶ 3(b), above.

5.  Counsel for Defendants shall pay for Ronsin Litigation Support Services in obtaining the

16  documents and producing them to Plaintiff's counsel, and Plaintiff's counsel shall pay to

17  send them by Federal Express Priority Overnight to Counsel for Defendants.

6.  Counsel for Defendants reserves their rights to seek production of any documents that are

19  withheld and/or redacted by Plaintiff's counsel pursuant to the terms of this agreement.

20  Should any such discovery dispute not be subject to resolution through the meet and confer

21  process, Defendants reserve their rights to file discovery motions with the Court seeking an

22  Order requiring production of withheld documents.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

1  DATED:  January 3, 2019          HADDAD & SHERWIN LLP
                                     LAW OFFICE OF SANJAY S. SCHMIDT
2

3                                    */s/ Teresa Allen*
4                                    ───────────────────────
                                     TERESA ALLEN
5                                    Attorneys for Plaintiff

6
7  DATED:  January 3, 2019          BERTLING LAW GROUP

8                                    */s/ Jemma P. Saunders*
                                     ───────────────────────
9                                    PETER G. BERTLING
                                     JEMMA P. SAUNDERS
10                                   JILL B. NATHAN
                                     Attorneys for Defendants
11                                   CFMG, Fithian, Antonio,
                                     Berghorst, Trinidad, Devendra,
12                                   King, Tawana, Alejandre

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

Pursuant to Stipulation of the Parties (ECF No. 82), and good cause appearing,

IT IS SO ORDERED.

Dated: __**January 4, 2019**__          _____/s/_____

UNITED STATES MAGISTRATE JUDGE