# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY LAPACHET,<br><br>        Plaintiff,<br>vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., *et al.*,<br><br>        Defendants. | No: 1:17-cv-01226-DAD-EPG<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>(ECF No. 85) |

Pursuant to the stipulation of the parties (ECF No. 85), and finding that good cause exists for modifying the Scheduling Order as requested by the parties, with some modifications,

IT IS ORDERED that the Scheduling Order, entered on August 31, 2018 (ECF No. 76), is modified as follows:

| Event | New Date or Deadline |
|---|---|
| Mediation with Judge Raul Ramirez (ret.) | June 21, 2019 |
| Fact Discovery Cut-off | December 20, 2019 |
| Expert Disclosure Deadline | February 21, 2020 |
| Rebuttal Expert Disclosure Deadline | March 20, 2020 |
| Expert Discovery Cut-off | May 29, 2020 |
| Dispositive Motions filing deadline | June 26, 2020 |
| Final Pretrial Conference | November 9, 2020 at 1:30 p.m. |
| Jury Trial (15-20 day estimate) | January 12, 2021, at 8:30 a.m. |

1

All other dates and aspects of the August 31, 2018, Scheduling Order (ECF No. 76) shall remain in effect.

IT IS SO ORDERED.

Dated: **February 15, 2019**

/s/ *Erin P. Grosjean*
UNITED STATES MAGISTRATE JUDGE