MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

SANJAY S. SCHMIDT (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Telephone: (415) 563-8583
Facsimile: (415) 223-9717

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY LAPACHET,<br>　　　Plaintiff,<br>　vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., TAYLOR FITHIAN, M.D., LANI ANTONIO, P.A., VERONICA BERGHORST, R.N., JESSAMAE TRINIDAD, R.N., GRASHIKA DEVENDRA, Psychiatric R.N., TABITHA KING, L.V.N., AMARDEEP TAWANA, L.V.N., JUDITH ALEJANDRE, L.V.N. COUNTY OF STANISLAUS, a municipal corporation, Stanislaus County Sheriff ADAM CHRISTIANSON, and DOES 1-50, Jointly and Severally,<br>　　　Defendants. | Case No. 1:17-cv-01226-DAD-EPG<br><br>**STIPULATION AND ORDER RE: "FIRST LOOK" AGREEMENT RE: DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 45 SUBPOENAS SEEKING PLAINTIFF'S MEDICAL AND EMPLOYMENT RECORDS** |

Case No. 1:17-cv-01226-DAD-EPG: STIP & ORDER RE: "FIRST LOOK" AGREEMENT RE: SUBPOENA

1

The parties, by and through their respective attorneys of record, hereby stipulate to the following order being issued in this matter:

1. On March 14, 2019, Plaintiff's counsel received Federal Rule of Civil Procedure 45 subpoenas for the Production of Documents which counsel for Defendants served or will serve by Ronsin Litigation Support Services on the following entity:

    A. Custodian of Records: Family First Medical Care, seeking records from 2/28/16 to present for, "any and all medical records, documents, medical reports, including doctors' entries, nurses' charts, progress reports, physical therapy records, pathology reports, x-rays reports, lab reports, case history, emergency room records, admitting sheets, special tests, inpatient and outpatient records, and any sign-in sheets, any and all pharmacy/prescription records, activity RX notes, including prescriptions filled and refilled pertaining to the care and treatment, diagnosis, prognosis, condition, discharge, insurance records, all billings, statement of charges, statements of account, writings, and documents reflecting the following: Any and all payments made or received in reference to Jeremy Lapachet, DOB 12/7/1974, SS# xxx-xx-0784, and all credits, adjustments, write-offs, reconciliations, contract price payments or reduction, payments by any health insurance entity, personal payments by or to said patient from any source, HMO, PPO, Medi-Cal, Medicare or contract payments by an entity concerning said patient, billing ledgers, reports and/or statements of charges rendered and any insurance records, including but not limited to any records/documents that may be stored digitally and/or electronically this request for records includes any and all evidence of any payments from any source regarding the account of this patient to or from any person and/or entity, including but not limited to any records/documents that may be stored digitally and/or electronically including all patient orders and patient

                results and specifically for any discharge orders, all detailed screen shots within any computer system affecting or relating to Jeremy Lapachet, DOB 12/7/1974, SS# xxx-xx-0784, including psychiatric, ambulance and dental records, as well as records of Lisa M. Gil.

      B. Custodian of Records: Brunk Industries, seeking, any and all employment records, wage records, personnel records, attendance records, employment applications. W-2's, W-4's, contracts, 1099's, resumes, payroll records, vacation schedule, sick leave. Insurance reocrds, benefits, evaluations and any other records, purged records, all electronic correspondence pertaining to the employment of Jeremy Lapachet, DOB 12/7/1974, SS# xxx-xx-0784, regardless of date.

2. These subpoenas have a production date and time of April 10, 2019 at 9:00 a.m.

3. Plaintiff's counsel contend that the subpoenaed documents likely contain privileged information to which Defendants are not entitled (such as medical histories of unrelated conditions and/or injuries and/or family medical or financial information), and that the subpoenas as drafted are overbroad insofar as they seek discovery of information protected by Plaintiff's physician-patient privilege and privacy rights, and possibly the privacy rights of others, and which is neither proportional to the needs of this case nor relevant to the claims and defenses in this matter. Counsel for defendants disputes plaintiff's contentions set forth in this paragraph.

4. Plaintiff's counsel and Defendants' counsel met and conferred by email on March 19, 2019. The parties agree to the following "First-Look" Procedure:

    a. Counsel for Defendants shall instruct Ronsin Litigation Support Services to obtain the subpoenaed documents by April 2, 2019; however, instead of producing the documents to counsel for Defendants, Ronsin Litigation Support Services shall instead produce the documents directly to Plaintiff's counsel's business address: Haddad & Sherwin LLP, 505 17th Street, Oakland, CA 94612.

b. Upon receipt of the subpoenaed documents from Ronsin Litigation Support Services, Plaintiff's counsel will then have seven (7) business days to review the documents to see if they contain any privileged information. If the documents do contain such information, Plaintiff's counsel shall redact and/or withhold the pages containing that information and Plaintiff's counsel shall create a privilege log complying with Federal Rules of Civil Procedure 45(e)(2)(A)(i)–(ii) and 26(b)(5)(A)(i)–(ii).

   c. On or before the seventh (7th) business day after receiving the records from Ronsin Litigation Support Services, Plaintiff's counsel shall serve the subpoenaed documents by Federal Express Priority Overnight on Defendants' counsel; if Plaintiff's counsel has redacted and/or withheld any information, they shall also concurrently serve the privilege log described in ¶ 3(b), above.

5. Counsel for Defendants shall pay for Ronsin Litigation Support Services in obtaining the documents and producing them to Plaintiff's counsel, and Plaintiff's counsel shall pay to send them by Federal Express Priority Overnight to Counsel for Defendants.

6. Counsel for Defendants reserves their rights to seek production of any documents that are withheld and/or redacted by Plaintiff's counsel pursuant to the terms of this agreement. Should any such discovery dispute not be subject to resolution through the meet and confer process, Defendants reserve their rights to file discovery motions with the Court seeking an Order requiring production of withheld documents.

7. To conserve the time and resources of the parties and the Court, and avoid the need for multiple First Look stipulations and orders, the parties further agree that all medical, financial, insurance, employment, union, or business records requested or subpoenaed pertaining to Jeremy Lapachet from any source, and by any party, shall be subject to this agreement. All such records shall be provided directly to Plaintiff's counsel as set forth in ¶ 4 above, and Plaintiff's counsel shall have seven (7) business days from receipt of the

records in which to review and produce the records to Defendants' counsel, with a privilege log for any redactions, as set forth above.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March 26, 2019         HADDAD & SHERWIN LLP
                              LAW OFFICE OF SANJAY S. SCHMIDT


                              */s/ Teresa Allen*
                              ─────────────────────
                              TERESA ALLEN
                              Attorneys for Plaintiff

DATED: March 26, 2019         BERTLING LAW GROUP

                              */s/ Jemma P. Saunders*
                              ─────────────────────
                              PETER G. BERTLING
                              JEMMA P. SAUNDERS
                              Attorneys for Defendants
                              CFMG, Fithian, Antonio,
                              Berghorst, Trinidad, Devendra,
                              King, Tawana, Alejandre

DATED: March 26, 2019         RIVERA AND ASSOCIATES

                              */s/ Jesse M. Rivera*
                              ─────────────────────
                              JESSE M. RIVERA
                              Attorneys for Defendants
                              County of Stanislaus, Sheriff Adam Christianson,
                              Deputies Doel, Torres, Martinez, Gallo, Lee and
                              Sergeant Husman

## **ORDER**

Pursuant to the Stipulation of the Parties (ECF No. 88) and as set forth above, and finding good cause,

IT IS SO ORDERED.

Dated: __**March 26, 2019**__          /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE