MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA RODRIGUEZ SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

SANJAY S. SCHMIDT (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Telephone:    (415) 563-8583
Facsimile:    (415) 223-9717

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY LAPACHET,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., TAYLOR FITHIAN, M.D., LANI ANTONIO, P.A., VERONICA BERGHORST, R.N., JESSAMAE TRINIDAD, R.N., GRASHIKA DEVENDRA, Psychiatric R.N., TABITHA KING, L.V.N., AMARDEEP TAWANA, L.V.N., JUDITH ALEJANDRE, L.V.N., COUNTY OF STANISLAUS, a municipal corporation, CORRECTIONS DEPUTIES H. DEOL, A. TORRES, D. MARTINEZ, GALLO, Y. LEE, SERGEANT HUSMAN, and DOES 7 THROUGH 50, Jointly and Severally,<br><br>　　　　Defendants. | Case No. 1:17-cv-01226-DAD-EPG<br><br>**JOINT MID-DISCOVERY STATUS REPORT** |

No. 1:17-cv-01226-DAD-EPG: JOINT STATUS REPORT

Pursuant to the Court's Minute Order (ECF No. 103), the parties hereby submit a Joint Mid-Discovery Status Report.

After a mediation with retired United States District Judge Raul A. Ramirez on July 15, 2019, and further negotiations, the parties have agreed to settle this matter, subject to the approval of Defendants' insurers and Boards.  The County's meeting to approve the settlement is scheduled for September 10, 2019, which was the earliest possible date.  The parties request that the Mid-Discovery Status Conference be continued for sixty days, which the parties anticipate should be enough time for approvals, execution of settlement documents, and finalization of the settlement.

Dated: September 3, 2019         HADDAD & SHERWIN LLP
                                 LAW OFFICE OF SANJAY S. SCHMIDT

                                 */s/ Teresa Allen*

                                 TERESA ALLEN
                                 Attorneys for Plaintiff

Dated: September 3, 2019         RIVERA & ASSOCIATES

                                 */s/ Jesse M. Rivera*

                                 JESSE M. RIVERA
                                 Attorney for Defendants
                                 COUNTY OF STANISLAUS, DEPUTIES H. DEOL, A. TORRES, D. MARTINEZ, GALLO, Y. LEE, SERGEANT HUSMAN

Dated: September 3, 2019         BERTLING LAW GROUP, INC.

                                 */s/ Jemma Parker Saunders*

                                 PETER G. BERTLING
                                 JEMMA PARKER SAUNDERS
                                 Attorneys for Defendants
                                 CALIFORNIA FORENSIC MEDICAL GROUP, INC.; TAYLOR FITHIAN, M.D.; VERONICA BERGHORST, R.N., JESSAMAE TRINIDAD, R.N., GRASHIKA DEVENDRA, R.N., TABITHA KING, L.V.N., AMARDEEP TAWANA, R.N., JUDITH ALEJANDRE, L.V.N.