UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY LAPACHET,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 1:17-cv-01226-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br><br>(ECF No. 109) |

　　　Plaintiff, Jeremy Lapachet, and Defendants, County of Stanislaus; Deputies Deol, A. Torres, D. Martinez, Gallo, Y. Lee; Sergeant Husman; California Forensic Medical Group, Inc.; Taylor Fithian, M.D.; Lani Antonio, P.A.; Veronica Berghorst, R.N.; Jessamae Trinidad, R.N.; Grashika Devendra, R.N.; Tabitha King, L.V.N.; Amardeep Tawana, L.V.N.; and Judith Alejandre, L.V.N. have filed a stipulation to dismiss the entire action (ECF No. 109). In light of and pursuant to the terms of the stipulation, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

　　　As requested by Plaintiff and the California Forensic Medical Group ("CFMG") defendants, the Court will retain jurisdiction over this matter, for purposes of enforcing the Settlement Agreement referred to in the parties' stipulation, until the final payment of funds owed by the CFMG defendants under the Settlement Agreement has been made.

IT IS SO ORDERED.

　　　Dated:　**November 22, 2019**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE